**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Troy Douglas BRIMM, Defendant—**
**Appellant.**

**Nos. 09–10460, 09–10461.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 29, 2010.

Brian William Enos, Esquire, Assistant U.S., Office of the U.S. Attorney, Fresno, CA, for Plaintiff-Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Kathleen Coleen Page, Page & Page Attorneys at Law, San Francisco, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Troy Douglas Brimm appeals from the amended judgment imposing a six-month sentence following revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Brimm's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. We construe the letter filed on June 11, 2010, as a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.